OLZMANN v BOARD OF LAW EXAMINERS. (Docket No. 58069.) The petition for superintending control and motion for immediate consideration are considered, and the same are denied. Ronald Kurt Olzmann, *in propria persona,* petitioner. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Jann Ryan Baugh,* Assistant Attorney General, for respondent.